# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 26 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GUSTAVO PEREZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 11CR4080-H<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Indictment/Information:

　　Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine

　　(Felony)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 26, 2011

　　　　　　　　　　　　　　　　　　　Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge